IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANCES ELIZABETH MADDOX, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF EDUCATION ) <br> and ALABAMA COMMISSION ON ) <br> HIGHER EDUCATION FEDERAL ) <br> STUDENT AID CUSTOMER SERVICE ) <br> DIVISION OMBUDSMAN DEPT, ) <br> ) <br> Defendants. ) | CASE NO. 3:23-cv-643-ECM-JTA <br><br> (WO) |

## **ORDER**

For good cause,[1] it is

ORDERED that the April 29, 2025 Recommendation of the Magistrate Judge (Doc. No. 22) is WITHDRAWN.

DONE this 30th day of April, 2025.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] The Recommendation was inadvertently filed.